## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LYDIA GINES VEGA, et al. | * | |
| Plaintiffs | * | **Civil No. 96-1638(SEC)** |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC, et al. | * | Consolidated with: |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| NIVARDO MARRERO, et al. | * | |
| Third-Party Defendant | * | |

*************************************

| | | |
|---|---|---|
| JESSIE HERNANDEZ CORDOVA , et al. | * | |
| Plaintiffs | * | **Civil No. 96-2008(SEC)** |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC, et al. | * | |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| NIVARDO MARRERO, et al. | * | |
| Third-Party Defendant | * | |

*************************************

| | | |
|---|---|---|
| MANUEL COLON BURGOS, et al. | * | |
| Plaintiffs | * | **Civil No. 97-1492(SEC)** |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC, et al. | * | |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| NIVARDO MARRERO, et al. | * | |
| Third-Party Defendant | * | |

*************************************

| | | |
|---|---|---|
| FRANCISCO COLON OCASIO, et al. | * | |
| Plaintiffs | * | **Civil No. 97-1415(SEC)** |
| v. | * | |
| TRANSPORTE BARCELONETA, et al. | * | |
| Defendants/Third-Party Plaintiffs | * | |
| v. | * | |
| CROWLEY AMERICAN TRANSPORT, INC., et al. | * | |
| Third-Party Defendant | * | |

*************************************

## ORDER

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable

*97-1415*

Civil No. ~~96-1638~~(SEC)                                                                                           2

Jay García Gregory, subject to his approval.

     **SO ORDERED.**

  In San Juan, Puerto Rico, this __8 *TH*__ day of August, 2000.

          SALVADOR E. CASELLAS
          United States District Judge

AO 72A
(Rev. 8/82)